# EXHIBIT D

10:54

SM

Sean

iMessage
Tue, Feb 11 at 5:49 AM

Hi Sean. Good morning. This is John Dippold from Lapetus. I'm the Chief Sales Officer - we met at the LISA conference in Oct.

Karl shared you had reached out re the Coventry press release. We're already in process on a response and I can share with you what we've been doing and are doing.

When's a good time for a quick call today?

Tue, Feb 25 at 5:57 AM

Hi Sean.....GM! It's John Dippold from Lapetus. Hope all is well.

We're developing a new product that we think, in

iMessage

10:54

SM

Sean >

combination with our existing LE product, will bring tremendous value to the ABL, the industry in general, and also address some of the issues raised by Alan (hopefully putting that whole swirl to rest). We're developing this because it allows us to significantly expand our business in multiple potential ways.

I'd like to share this with you to get your thoughts/feedback and then we can discuss further expanding the group within ABL that's aware of this effort. We intend to keep this confidential until it's ready to launch.

When's generally a good time of day to try to reach you? I'm fine just giving you a call and seeing if that time happens to work. I'll aim for around 11:30am ET this morning but if

iMessage

10:54

SM

Sean

effort. We intend to keep this confidential until it's ready to launch.

When's generally a good time of day to try to reach you? I'm fine just giving you a call and seeing if that time happens to work. I'll aim for around 11:30am ET this morning but if there's another time that's better let me know.

Hello John, I am available at 10:00 AM. Does that work for you?

That works! I'll call you then

Thu, Jul 24 at 2:25 PM

Hi Sean. It's John Dippold. Quick fyi I'm no longer working at Lapetus. Please reach out to Jay Olshansky for any questions regarding Lapetus.

Delivered

iMessage

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY, FLORIDA

CASE NO.: 2025-CA-463

COVENTRY FIRST, LLC, a
Foreign Limited Liability Company

Petitioner,

vs.

FLORIDA OFFICE OF INSURANCE REGULATION and LAPETUS SOLUTIONS, INC., a foreign for profit corporation,

Respondents.

______________________________________/

**AFFIDAVIT**

STATE OF CALIFORNIA
COUNTY OF SAN MATEO

Before me the undersigned authority personally appeared John Dippold, who, after being duly sworn, deposes and states as follows:

1. I have reached the age of majority, am competent to testify, and make the following statements on personal knowledge.

2. I am the Chief Executive Office for Lapetus Solutions, Inc. ("Lapetus").

3. As required by Florida law, Lapetus submitted triennial reports ("Reports") to the Florida Office of Insurance Regulation ("OIR").

4. The Reports contained audits of all life expectancies by Lapetus for the three calendar years prior to each Report.

5. The Reports were conducted and certified by a nationally recognized actuarial

firm.

6. The Reports contained a mortality table.

7. The Reports contained the number, percentage, and an actual-to-expected ratio of life expectancies in the following categories: life expectancies of less than 24 months, life expectancies of 25 months to 48 months, life expectancies of 49 months to 72 months, life expectancies of 73 months to 108 months, life expectancies of 109 months to 144 months, life expectancies of 145 months to 180 months, and life expectancies of more than 180 months.

8. The Reports contained trade secrets that are confidential and proprietary, and have never been made available to the public.

9. Each page of the Reports was clearly marked as "trade secret."

10. There were no non-trade secret materials submitted with the Reports.

11. A notice of trade secrets was duly submitted to the OIR with the Reports, which included affidavits certifying under oath that all documents and information are trade secrets. The affidavits are attached hereto as **Composite Exhibit A**.

**FURTHER AFFIANT SAYETH NOT**

Affiant: John Dippold

STATE OF CALIFORNIA
COUNTY OF SAN MATEO

Sworn to and subscribed before me by means of ✓ physical presence or online notarization, this _____ day of 5/8/2025. Such person did take an oath and: *(Notary must check applicable box)*.

- [ ] is/are personally known to me.
- [x] produced a current driver's license as identification.
- [ ] produced ________________________ as identification.

{Notary Seal must be affixed}

D. ZANASSI
COMM. # 2363951
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
COMM. EXPIRES JULY 3, 2025

SIGNATURE OF NOTARY

D. Zanassi

Name of Notary *(Typed, Printed or Stamped)*

# GENERAL AFFIDAVIT

State of __California_______________

County of ___San Mateo_________

I, John Dippold, of Lapetus Solutions, Inc (1213 West Morehead Street, Charlotte, NC 28208) do hereby swear under oath that the supplemental information provided to amend the Lapetus 2025 Florida Office of Insurance Regulation submission:

1. My company considers this information a trade secret that has value and provides an advantage or an opportunity to obtain an advantage over those who do not know or use it.
2. My company has taken measures to prevent the disclosure of the information to anyone other than those who have been selected to have access for limited purposes, and [I intend/my company intends] to continue to take such measures.
3. The information is not, and has not been, reasonably obtainable without my consent by other persons by use of legitimate means.
4. The information is not publicly available elsewhere.

Under penalty of perjury, I hereby declare that and affirm that the above stated facts, to the best of my knowledge, are true and correct.

DATED the __7__ day of May, 2025

______________________________________________
Signature of Affiant

SWORN to subscribed before me, this _____ day of May, 2025

______________________________________________
NOTARY PUBLIC

My Commission Expires: ______________________

See Attached California All Purpose Certificate of Acknowledgement/Jurat

# CALIFORNIA
# JURAT CERTIFICATE

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Mateo

Subscribed and sworn to (or affirmed) before me on this 7th day of May, 2025, by John Dippold,

proved to me on the basis of satisfactory evidence to be the person(~~s~~) who appeared before me.

WITNESS MY HAND AND OFFICIAL SEAL.

D. ZANASSI
COMM. # 2363951
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
COMM. EXPIRES JULY 3, 2025
MGC1

Signature of Notary Public (Notary Seal)

## OPTIONAL INFORMATION

*The jurat contained within this document is in accordance with California law. Any affidavit subscribed and sworn to before a notary shall use the preceding wording or substantially similar wording pursuant to Civil Code sections 1189 and 8202. A jurat certificate cannot be affixed to a document sent by mail or otherwise delivered to a notary public, including electronic means, whereby the signer did not personally appear before the notary public, even if the signer is known by the notary public. The seal and signature cannot be affixed to a document without the correct notarial wording. As an additional option an affiant can produce an affidavit on the same document as the notarial certificate wording to eliminate the use of additional documentation.*

DESCRIPTION OF ATTACHED DOCUMENT

General Affidavit
(Title of document)

Number of Pages 2 (Including jurat)

Document Date May 7th 2025

(Additional Information)

CAPACITY CLAIMED BY THE SIGNER

- [ ] Individual
- [x] Corporate Officer
- [ ] Partner
- [ ] Attorney-In-Fact
- [ ] Trustee
- [ ] Other: ______

MMX V. BAN2 510.409.1334 www.BayAreaNotary.com

# GENERAL AFFIDAVIT

State of __California_______________

County of ___San Mateo_________

I, John Dippold, of Lapetus Solutions, Inc (1213 West Morehead Street, Charlotte, NC 28208) do hereby swear under oath that the supplemental information provided to amend the Lapetus 2025 Florida Office of Insurance Regulation submission:

1. My company considers this information a trade secret that has value and provides an advantage or an opportunity to obtain an advantage over those who do not know or use it.
2. My company has taken measures to prevent the disclosure of the information to anyone other than those who have been selected to have access for limited purposes, and [I intend/my company intends] to continue to take such measures.
3. The information is not, and has not been, reasonably obtainable without my consent by other persons by use of legitimate means.
4. The information is not publicly available elsewhere.

Under penalty of perjury, I hereby declare that and affirm that the above stated facts, to the best of my knowledge, are true and correct.

DATED the __7__ day of May, 2025

_______________________________________________

Signature of Affiant

SWORN to subscribed before me, this _____ day of May, 2025

_______________________________________________

NOTARY PUBLIC

My Commission Expires: ______________________

See Attached California All Purpose Certificate of Acknowledgement/Jurat

# CALIFORNIA
# JURAT CERTIFICATE

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Mateo

Subscribed and sworn to (or affirmed) before me on this 7th day of May, 2025, by John Dippold,

proved to me on the basis of satisfactory evidence to be the person(~~s~~) who appeared before me.

WITNESS MY HAND AND OFFICIAL SEAL.

D. ZANASSI
COMM. # 2363951
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
COMM. EXPIRES JULY 3, 2025
MGC1 MGC1

Signature of Notary Public (Notary Seal)

## OPTIONAL INFORMATION

*The jurat contained within this document is in accordance with California law. Any affidavit subscribed and sworn to before a notary shall use the preceding wording or substantially similar wording pursuant to Civil Code sections 1189 and 8202. A jurat certificate cannot be affixed to a document sent by mail or otherwise delivered to a notary public, including electronic means, whereby the signer did not personally appear before the notary public, even if the signer is known by the notary public. The seal and signature cannot be affixed to a document without the correct notarial wording. As an additional option an affiant can produce an affidavit on the same document as the notarial certificate wording to eliminate the use of additional documentation.*

DESCRIPTION OF ATTACHED DOCUMENT

General Affidavit
(Title of document)

Number of Pages 2 (Including jurat)

Document Date May 7th 2025

________________
(Additional Information)

CAPACITY CLAIMED BY THE SIGNER

- ☐ Individual
- ☑ Corporate Officer
- ☐ Partner
- ☐ Attorney-In-Fact
- ☐ Trustee
- ☐ Other: __________

MMX V. BAN2 510.409.1334 www.BayAreaNotary.com

9:47 LTE

David Lloyd

Thu, Jun 5

Hi David,

Sharing a couple quick thoughts / items with you in advance of the call today. I discussed these points with Gary last night. Note it's critical you join if you can as these are some fundamental issues to be discussed as soon as possible.

1). I've had concerns about the LE business since pretty much joining the company and concerns about the response to the Coventry press release. Our meeting in April at ABL increased those concerns and the article yesterday has enough correct info in it that I can't in good faith continue to work with ABL. I don't trust them. Since they're our primary and basically only client I can no longer lead this business.

9:48 LTE

David Lloyd

no longer lead this business.

2). I've also had growing concerns about the viability of the facial analytics business. Recent developments over the past couple weeks lead me to question whether it's a viable product. Short story is the tech / market seems to have moved and is moving to video as the future. Our approach (we need a photo-quality selfie - not an image pulled from a video) appears to not be compatible or accommodative with that fact and per Ben and Harry yesterday "video is the future". I think we as a business have not evolved the approach quickly enough to make FA a scalable product. I may be wrong but my recent trip to India (2 weeks ago) and our struggles to achieve the MML performance targets highlights that the way we're seeking to do this and what we're able to

9:48 LTE

David Lloyd

compatible or accommodative with that fact and per Ben and Harry yesterday "video is the future". I think we as a business have not evolved the approach quickly enough to make FA a scalable product. I may be wrong but my recent trip to India (2 weeks ago) and our struggles to achieve the MML performance targets highlights that the way we're seeking to do this and what we're able to deliver doesn't match market needs/requirements.

For the call today we need to discuss the path forward.

If you're not able to join the call today we should find a day/tim...

Read more

1:52 AM

Thanks John, I will do my very best to join the call 1:57 AM

Thank you 2:24 AM