# EXHIBIT E

# Centenarians, Survival Dynamics, Lapetus LEs, and Growing the Life Settlement Industry Through Standardization

S. Jay Olshansky, Ph.D.
jay@lapetussolutions.com
**Chief Scientist, Lapetus Solutions, Inc.**
**Professor, University of Illinois at Chicago**

Advisory Board: American Federation for Aging Research, PepsiCO, U.S. Social Security Administration

Advisor: JPMorgan, Prudential, AIG, Swiss Re, UK Government, Swiss Government, United Nations, WHO…

**TESTIMONY ON THE FUTURE OF HUMAN LONGEVITY: U.S. CONGRESS, 9/22**

LAPETUS
HEALTH INTELLIGENCE SOLUTIONS



- Why Living to 100 Will Remain Rare: Latest Results from Nature Aging

- Observed Survival in the Lapetus Database & How Patients are Medically Underwritten at Lapetus

- Growing the Life Settlement Industry by Standardizing Data Analytics and Survival Analysis?





- Why Living to 100 Will Remain Rare: Latest Results from Nature Aging






JOURNAL ARTICLE

# In Search of Methuselah: Estimating the Upper Limits to Human Longevity

**S. Jay Olshansky, Bruce A. Carnes and Christine Cassel**

Science
New Series, Vol. 250, No. 4981 (Nov. 2, 1990), pp. 634-640 (7 pages)
Published By: American Association for the Advancement of Science

**nature aging**

**Analysis** https://doi.org/10.1038/s43587-024-00702-3

# Implausibility of radical life extension in humans in the twenty-first century

Received: 14 June 2023
Accepted: 5 August 2024

**S. Jay Olshansky[1], Bradley J. Willcox[2], Lloyd Demetrius[3] & Hiram Beltrán-Sánchez[4]**

**Figure. Age Distribution of Life Table Deaths for Women in the United States, per 100 000 People, 1900 and 2016**




The red zone represents a period in life when the risk of frailty and disability begins to increase rapidly. The goal of aging science is to delay and compress the red zone, which may extend healthy life. Sources: 1900 data from Bell and Miller[1]; 2016 data from Human Mortality Database.[2]

**1. The slowdown in the rise in longevity is a product of success, not failure. Most people living beyond age 60 are living on "manufactured time".**

**2. As life expectancy rises, mortality improvements MUST slow down. This was hypothesized by us in *Science* in 1990; <u>it has now been proven</u>.**

**3. Mortality improvement factors that assume death rates will decline in a linear fashion in the future, will <u>overestimate</u> survival. This is the case with VBT tables and other specialized tables (including cohort life tables) for insured populations.**

Source: Olshansky, S.J. 2018. *JAMA*.320(13):1323-1324




**Source:** Olshansky, S.J., Willcox, B.J., Demetrius, L. *et al.* Implausibility of radical life extension in humans in the twenty-first century. *Nat Aging* (2024). https://doi.org/10.1038/s43587-024-00702-3

# What Does This Mean for Life Settlements?

- Survival to age 100 will remain a rare event, even among insured populations. Rising prevalence of centenarians is baked in
- Mortality improvement factors in the 1-2%+ range annually will overestimate survival
- The life settlement industry can remain confident in the constancy and stability of human mortality
- Geroscience will eventually slow aging, but not in enough time to influence current investments in life settlements


Adding Life
to Years



- **Observed Survival in the Lapetus Database & How Patients are Medically Underwritten at Lapetus**




THE RISE OF
GENERIANS
How Science is Revolutionizing
Life Industries
S. Jay Olshansky, Ph.D.

# Life Settlements at Lapetus: The Facts

**~ 15,000 + total case reviews**

**~ 11,000 + unique cases**

**~ 800 + unique maturations**

**23.6% of cases are <u>duplicates</u> – the same person evaluated multiple times for the same or different clients; often with different medical records**

**% of maturations that occurred earlier than point estimate: ~ 94.0%**

**% of maturations that occurred later than point estimate: ~ 6.0%**

**% of cases reviewed now alive that were predicted to be alive: ~ 98.7%**

# Life Settlements at Lapetus: The Facts



# Life Settlements at Lapetus [for Coventry]: The Facts

**~ 4,000 + case reviews**

**Percentage of cases reviewed for Coventry that are duplicates: 9.7%**

**~ 200 + unique maturations**

**% of maturations that occurred earlier than point estimate: 95.5%**

**% of maturations that occurred later than point estimate: 4.5%**

**% of cases reviewed now alive that were predicted to be alive: 99.1%**

# This is How to Create an Apples-to-Apples Comparison of Lapetus LEs to Other LE Providers Evaluating the Same Patient



* All compared assessments must be clinical/medical reviews.

* Medical records on the same patient must match perfectly.

* Adjust the LEs to account for Lapetus interpolation of life tables to the day.

* Adjust the LEs to account for time that passed between assessments. Simply subtracting time between assessments will yield erroneous results – life tables do not work that way.

* Lapetus generates multiple clinical reviews on the same patient [duplicates]. The choice of which clinical review to choose is critical since health transitions often take place between reviews.

- All published research in science <u>must include</u> a section on "Data and Methods" so the work can be replicated and validated by anyone.
- Absence of this critical step generates an instant rejection and invalidates the science.



# How Lapetus Operates

- 100% of Lapetus LEs are clinical/medical reviews






- Most Lapetus clinical LEs are reviewed internally by Ph.D.s with expertise in survival analysis

- Lapetus is a certified LE provider through the States of Florida and Texas




- All Lapetus LE reports contain evidence with citations [NO BLACK BOX]

# Should VBT or Related Special Life Tables be Used When Assessing Survival in Medical Reviews?

## NO! Why not?

Hazard Ratio for total mortality for smokers vs nonsmokers

HR = 1.90 (95% CI: 1.69 – 2.14)

**Frame of Reference: nonsmokers from the general population = 1.0**

- VBT or related specialized life tables should not be used for medical underwriting
- Medical underwriting requires that the frame of reference match the studies upon which the HRs are based
- Using such tables would overestimate survival

# Life Settlements at Lapetus: The Data

**NHANES – the gold standard in human health and longevity.**




**Medical Literature: Tens of thousands of clinical trials linking impairments to survival.**




**Observed survival dynamics in life settlement populations (AVS + multiple other companies) + National Health Surveys globally + Human Mortality Database + WHO Life Tables + SSA Life Tables + SOA / VBT tables, etc., etc.**

# Life Settlements at Lapetus: The Science

## The Big Three Determinants of Survival

### Observed Survival Outcomes for People with Impairments




### Social Determinants of Health




### Genetics of Exceptional Longevity



# Life Settlements at Lapetus: The Science

**The value of a LE report is not just in the point estimate of survival. It's the subtle elements of a person's life that influence how long they're likely to live. Some can be quantified, and others cannot. Contained within Lapetus LE reports are "signals" that clients can use to gauge the stability or instability of the survival estimate. Non-quantifiable attributes can be highly relevant.**




Baseline LE: 42.0 months
Lapetus LE: 20 months
Lapetus LE Range: 10 to 35 months
Lapetus Projected Death Age: 94.6 years

Lapetus Projected Death Age Range:
93.7 to 95.8 years
**Lapetus Survival Skew: 5 months toward older ages***

**Explanation for Skew: Family history of longevity, few medications, and physical activity. He still has risk factors that bring the survival average down significantly, but we have to acknowledge the possibility that he is a super ager.**

## Survival Skews




**Summary**

Current age: 70.3 years
Baseline LE: 258 months
Lapetus LE: 192 months
Lapetus LE Range: 120-222 months
Lapetus Survival Skew: [ Asymmetrical – left skew * 4 months]

Doctor comments: This patient is polypharmacy, experiencing frailty syndrome, has a history of falling, is at an exceptionally high risk of another fall, and has expressed suicidal ideation.

## Superager Status

**SuperAgers Initiative**

*discovering the scientific basis of exceptional longevity*



4 Habits of 'SuperAgers' | Northwestern Medicine

LSI000019

# Life Settlements at Lapetus: The Science

## Health Status Summary

In my opinion as a physician, based on the medical records provided, there is evidence to suggest the patient's recent health status is: **Stable**

Are there signals in the medical record suggesting the patient could be a super ager*?: **Yes**

Explanation:
Controlled comorbidities, good medical support, physically active, no cognitive impairment.

* A superager is a member of a subgroup of the population that has already survived to at least age 80, and who retain their cognitive functioning longer than average and tend to live beyond what is considered average for their age and gender.

**SEER Relative Survival Rates by Stage at Diagnosi**
**For Pancreas Cancer, All Races, All Ages, Both Sex**
**SEER 9 Registries for 1988-2003**

| | Localized | Regional | Distant | Unstaged |
|---|---|---|---|---|
| Time zero | 100.0% | 100.0% | 100.0% | 100.0% |
| 1-year | 40.5% | 38.0% | 10.5% | 20.8% |
| 2-year | 24.5% | 16.7% | 4.1% | 9.3% |
| 3-year | 19.5% | 10.5% | 2.6% | 6.2% |
| 4-year | 18.0% | 8.2% | 1.9% | 5.1% |
| 5-year | 17.4% | 7.2% | 1.6% | 4.7% |
| 6-year | 16.8% | 6.7% | 1.4% | 4.6% |
| 7-year | 16.8% | 6.1% | 1.2% | 4.4% |
| 8-year | 16.8% | 5.7% | 0.9% | 4.1% |
| 9-year | 16.8% | 5.6% | 0.8% | 3.9% |
| 10-year | 16.6% | 5.3% | 0.7% | 3.6% |


▪ Growing the Life Settlement Industry by Standardizing Data Analytics and Survival Analysis?

# Standardize Elements of Life Settlement Operations

1. Create a gold standard life table for life settlement industry. Everyone should have access to the same data on observed survival in a life settlement population. Cooperation Required.

2. Eliminate the wait for life table updates. Deploy a live life table that is standardized for industry use. Cooperation Required.

3. Construct impairment-specific survival curves for life settlement populations using #1 and #2. Use this to augment [not replace] the medical literature. Cooperation Required.

4. Standardize calculation of metrics of success and accuracy. This may very depending on methods of analysis chosen by LE providers. Cooperation Required.

SOA Research INSTITUTE

Mortality and Longevity

# Old Age Mortality Experience Study Report

OCTOBER | 2022

Figure 4.3

MORTALITY BY GENDER – INSURED VERSUS U.S. POPULATION (LOG SCALE)




2) **Relationship between insured and general population mortality.** We did not observe strong support to suggest the insured mortality at the **Older Ages** exhibited a different pattern of mortality than the general U.S. population, once normalized for socioeconomic equivalency.