**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br>Petitioners,<br><br>v.<br><br>LAPETUS SOLUTIONS, INC.,<br>Third Party. | Misc. Case: No. 3:25-mc-00169 |
| ABACUS GLOBAL MANAGEMENT, INC., a corporation,<br>Plaintiff,<br><br>v.<br><br>COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br>Defendants. | Related Case: No. 25-cv-01401-RBD-RMN (M.D. Fla. 2025)<br><br>**CONSENT MOTION TO TRANSFER MOTION TO COMPEL DOCUMENTS RESPONSIVE TO SUBPOENA TO THIRD-PARTY LAPETUS SOLUTIONS, INC., TO MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION** |

Pursuant to Federal Rule of Civil Procedure 45(f), Defendants Coventry First LLC ("Coventry") and Alan Buerger ("Mr. Buerger") (together, "Defendants") move to transfer their Motion to Compel Documents Responsive to the Rule 45 Subpoena Issued to Third Party Lapetus Solutions, Inc. ("Lapetus"), ECF No. 1, to the Middle District of Florida, Orlando Division. Lapetus consents to transfer the Motion to Compel to the docket of the underlying litigation, *Abacus Global Management, Inc. v.*

*Coventry First LLC et al.*, No. 25-cv-01401-RBD-RMN (M.D. Fla. 2025), since such transfer would reduce the burden on Lapetus and promote judicial economy and efficient case management.

**CERTIFICATE OF GOOD FAITH CONFERRAL**

On December 16, 2025, before filing the Motion to Compel, Counsel for Defendants met and conferred with counsel for Lapetus. Counsel for Lapetus consents to transferring the Motion to Compel to the Middle District of Florida, Orlando Division.

**CERTIFICATE REGARDING USE OF ARTIFICIAL INTELLIGENCE**

Pursuant to this Court's Local Standing Order related to the use of artificial intelligence platforms ("AI") in connection with the submission of briefs and other filings before this Court, *In Re: Use of Artificial Intelligence*, Case No. 3:24-mc-104 (W.D.N.C. June 18, 2024), Defendants certify as follows:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg; and

2. Every statement and every citation to any authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

**CERTIFICATE OF SERVICE**

All counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of the Motion via electronic mail on December 19, 2025 through the Court's electronic filing system.

*/s/ Eric Evans*
Eric Evans
DECHERT LLP
300 South Tryon Street, Suite 800
Charlotte, NC, 28202

Michael H. McGinley (*pro hac vice forthcoming*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

*Counsel for Defendants Coventry First LLC and Alan Buerger*