**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br>Petitioners,<br><br>v.<br><br>LAPETUS SOLUTIONS, INC.,<br>Third Party. | Misc. Case: No. 3:25-mc-00169 |
| ABACUS GLOBAL MANAGEMENT, INC., a corporation,<br>Plaintiff,<br><br>v.<br><br>COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br>Defendants. | Related Case: No. 25-cv-01401-RBD-RMN (M.D. Fla. 2025) |

**PROPOSED ORDER**

Upon consideration of Defendants' Motion to Transfer their Motion to Compel Documents Responsive to the Rule 45 Subpoena Issued to Third-Party Lapetus Solutions, Inc. ("Lapetus"), ECF No. 1, to the Middle District of Florida, Orlando Division, it is hereby **ORDERED** that the Motion to Transfer, ECF No. 2, is **GRANTED**. It is further **ORDERED** that Defendants' Motion to Compel, ECF No.

1, is **TRANSFERRED** to the Middle District of Florida, Orlando Division, as part of the underlying litigation in *Abacus Global Management, Inc. v. Coventry First LLC et al.*, No. 25-cv-01401-RBD-RMN (M.D. Fla. 2025).

**BY THE COURT:**

__________________