# EXHIBIT A

Exhibit A

| | |
|---|---|
| State | District of Columbia |
| Federal | Supreme Court of the United States |
| Federal | U.S. Court of Appeals for the District of Columbia Circuit |
| Federal | U.S. Court of Appeals for the Second Circuit |
| Federal | U.S. Court of Appeals for the Third Circuit |
| Federal | U.S. Court of Appeals for the Fourth Circuit |
| Federal | U.S. Court of Appeals for the Fifth Circuit |
| Federal | U.S. Court of Appeals for the Sixth Circuit |
| Federal | U.S. Court of Appeals for the Seventh Circuit |
| Federal | U.S. Court of Appeals for the Eighth Circuit |
| Federal | U.S. Court of Appeals for the Ninth Circuit |
| Federal | U.S. Court of Appeals for the Eleventh Circuit |
| Federal | U.S. Court of International Trade |
| Federal | U.S. District Court for the District of Columbia |
| Federal | U.S. District Court for the Eastern District of Pennsylvania |
| Federal | U.S. District Court for the Middle District of Pennsylvania |