# EXHIBIT B

Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

***Michael Hugh McGinley, Esq.***

**DATE OF ADMISSION**

***August 31, 2018***

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: November 26, 2025**

Steven Rothermel, Esq.
Deputy Prothonotary