**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:25-MC-169-MOC-DCK**

| | | |
|---|---|---|
| **COVENTRY FIRST LLC, et al.,** | ) | |
| | ) | |
| **Petitioners,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LAPETUS SOLUTIONS, INC.,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Local Counsel Eric Evans on December 22, 2025.

Applicant Michael H. McGinley seeks to appear as counsel *pro hac vice* for Petitioners. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Michael H. McGinley is hereby admitted *pro hac vice* to represent Petitioners.

**SO ORDERED**.

Signed: December 22, 2025

David C. Keesler
United States Magistrate Judge