**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION**

| | |
|---|---|
| COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br>Petitioners,<br><br>v.<br><br>LAPETUS SOLUTIONS, INC.,<br>Respondent. | Misc. Case: No. 3:25-mc-00169-MOC-DCK |
| ABACUS GLOBAL MANAGEMENT, INC., a corporation,<br>Plaintiff,<br><br>v.<br><br>COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br>Defendants. | Related Case: No. 25-cv-01401-RBD-RMN (M.D. Fla. 2025)<br><br>**PETITIONERS' REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST LAPETUS SOLUTIONS, INC.** |

**TO THE CLERK OF THE COURT:**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Petitioners Coventry First LLC and Alan Buerger (together, "Petitioners") respectfully request that the Clerk enter default against Lapetus Solutions, Inc. ("Lapetus"), for failure to respond or otherwise defend against this action in a timely manner.

On August 29, 2025, Petitioners served Lapetus with a subpoena in connection with a lawsuit pending in the District Court for the Middle District of Florida,

captioned *Abacus Global Management, Inc. v. Coventry First LLC et al.*, No. 25-cv-01401-RBD-RMN (M.D. Fla. 2025) (the "Subpoena"). Dkt. 1-1. Petitioners and Lapetus engaged in several good-faith conferrals and exchanged substantive letters that could not resolve the disputes over production responsive to the Subpoena, *see* Dkts. 1-6, 1-8, 1-9, and Lapetus was thus on notice of Petitioners' forthcoming Motion to Compel.

On December 18, 2025, Petitioners filed their Motion to Compel Lapetus's production of documents responsive to the Subpoena. Dkt. 1. Petitioners served Lapetus's Counsel with the Motion to Compel on the same day. Ex. A. Lapetus's deadline to appear and respond to this motion was January 1, 2026. *See* W.D.N.C. Local Civ. R. 7.1(e). And on December 19, 2025, with Lapetus's consent, Petitioners filed a Consent Motion to Transfer the Motion to Compel to the Middle District of Florida. Dkt. 2.

As of this filing, Lapetus has not entered an appearance or otherwise responded to Petitioners' Motion to Compel. Lapetus's counsel acknowledged the Motions, Dkts. 1-2, and noted his intention to appear in this action. *See* Ex. B. But Lapetus has failed to appear, much less respond to Petitioners' Motion to Compel. Lapetus's inaction has delayed the adjudication of Petitioners' properly filed Motion to Compel, which Lapetus was both aware of and consented to transferring to the Middle District of Florida. *See* Dkts. 1-3.

Accordingly, Petitioners request that the Clerk enter default against Lapetus. This request is accompanied by Petitioners' Counsel's Sworn Statement. *See* Ex. C.

Dated: January 16, 2026

Respectfully Submitted,

*/s/ Michael H. McGinley*
Michael H. McGinley (*pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

Eric Evans
DECHERT LLP
300 South Tryon Street, Suite 800
Charlotte, NC, 28202

*Counsel for Petitioners Coventry First LLC and Alan Buerger*