# EXHIBIT A

## Bell, Brendan

| | |
|---|---|
| **From:** | Bell, Brendan |
| **Sent:** | Thursday, December 18, 2025 11:17 PM |
| **To:** | 'Paul Mascia' |
| **Cc:** | McGinley, Michael; Auslander, Eric; Levander, Andrew |
| **Subject:** | Motion to Compel Documents Responsive to Subpoena to Lapetus: 3:25-mc-00169 (W.D.N.C.) |
| **Attachments:** | Lapetus MTC Filing.zip |

Counsel,

Please find enclosed in the zip file Coventry First LLC's and Alan Buerger's as-filed motion to compel Lapetus's production of documents.

Best,

**Brendan Bell**
Associate

**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
+1 215 994 2316 Direct
+1 610 609 6057 Mobile
brendan.bell@dechert.com
dechert.com