# EXHIBIT B

**Bell, Brendan**

---

**From:** Bell, Brendan
**Sent:** Monday, December 29, 2025 12:59 PM
**To:** 'Paul Mascia'
**Cc:** McGinley, Michael; Levander, Andrew; Auslander, Eric
**Subject:** RE: NOTICE: Filed Consent Motion to Transfer and Memorandum of Law in Support, Case No. 3:25-mc-00169 (W.D.N.C. 2025)

Good afternoon Paul,

Our understanding is that no summons is necessary for this type of action. If you have reason to believe otherwise, please let us know.

Thank you,
Brendan

**Brendan Bell**
Associate

**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
+1 215 994 2316 Direct
+1 610 609 6057 Mobile
brendan.bell@dechert.com
dechert.com

---

**From:** Paul Mascia <pmascia@nardellalaw.com>
**Sent:** Tuesday, December 23, 2025 1:06 PM
**To:** Bell, Brendan <Brendan.Bell@dechert.com>
**Cc:** McGinley, Michael <Michael.McGinley@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>; Auslander, Eric <Eric.Auslander@dechert.com>
**Subject:** Re: NOTICE: Filed Consent Motion to Transfer and Memorandum of Law in Support, Case No. 3:25-mc-00169 (W.D.N.C. 2025)

Thank you Brenden. We are arranging PHV counsel so we can appear. Have you served the summons yet?

Paul

Paul N. Mascia
Shareholder

(321) 663-3909 (direct)

pmascia@nardellalaw.com

NARDELLA

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

On Fri, Dec 19, 2025 at 6:18 PM Bell, Brendan <Brendan.Bell@dechert.com> wrote:

Counsel,

Please find attached Coventry First LLC's and Alan Buerger's as-filed Consent Motion to Transfer and Memorandum of Law in Support, in Case No. 3:25-mc-00169 (W.D.N.C. 2025)

Best,

**Brendan Bell**
Associate

**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
+1 215 994 2316 Direct
+1 610 609 6057 Mobile
brendan.bell@dechert.com
dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you