# EXHIBIT C

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION**

| | |
|---|---|
| COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br>Petitioners,<br><br>v.<br><br>LAPETUS SOLUTIONS, INC.,<br>Respondent. | Misc. Case: No. 3:25-mc-00169 |
| ABACUS GLOBAL MANAGEMENT, INC., a corporation,<br>Plaintiff,<br><br>v.<br><br>COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br>Defendants. | Related Case: No. 25-cv-01401-RBD-RMN (M.D. Fla. 2025)<br><br>**SWORN STATEMENT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

I, Michael H. McGinley, hereby state as follows:

1. I am an attorney of the State of Pennsylvania and lead counsel in the above matter for Petitioners Coventry First LLC and Alan Buerger, and counsel in the related action in the Middle District of Florida, captioned *Abacus Global Management, Inc. v. Coventry First LLC et al.*, No. 25-cv-01401-RBD-RMN (M.D. Fla. 2025). I make this sworn statement from personal knowledge in support of the Petitioners' request for entry of default against Lapetus Solutions, Inc. ("Lapetus").

2. Petitioners and Lapetus engaged in several good-faith conferrals and exchanged substantive letters that could not resolve the disputes over production responsive to the Petitioners' Subpoena to Lapetus. *See* Dkts. 1-6, 1-8, 1-9.

3. Lapetus was thus on notice of Petitioners' forthcoming Motion to Compel and consented to transfer the Motion to Compel to the Middle District of Florida as part of the underlying litigation, *Abacus Global Management, Inc. v. Coventry First LLC et al.*, No. 25-cv-01401-RBD-RMN (M.D. Fla. 2025). *See* Dkts. 1-2.

4. On December 18, 2025, Petitioners filed their Motion to Compel Lapetus's production of documents responsive to the Subpoena. Dkt. 1

5. Lapetus's Counsel was electronically served with a copy of the Motion to Compel, Dkt. 1, on December 18, 2025.

6. Lapetus's Counsel was electronically served with a copy of the Consent Motion to Transfer, Dkt. 2, on December 19, 2025.

7. The deadline for Lapetus to respond to the Motion to Compel was January 1, 2026. *See* W.D.N.C. Local Civ. R. 7.1(e). The time has not been extended.

8. As of this filing, Lapetus has acknowledged the receipt of Petitioners' Consent Motion to Transfer, Ex. B, but Lapetus's counsel has not appeared in this action or otherwise responded to the Motion to Compel.

Dated: January 16, 2026

*<u>/s/ Michael H. McGinley</u>*

Michael H. McGinley (*pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104