**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:25-MC-169-MOC-DCK**

| | | |
|---|---|---|
| **COVENTRY FIRST LLC, ET AL.,** | ) | |
| | ) | |
| **Petitioners,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LAPETUS SOLUTIONS, INC.,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Transfer Motion To Compel Documents Responsive To Subpoena To Third-Party Lapetus Solutions, Inc., To Middle District Of Florida, Orlando Division" (Document No. 2) filed January 19, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with Judge Cogburn's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Transfer Motion To Compel Documents Responsive To Subpoena To Third-Party Lapetus Solutions, Inc., To Middle District Of Florida, Orlando Division" (Document No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the "Motion To Compel…" (Document No. 1) is **TRANSFERRED** to the Middle District of Florida, Orlando Division, as part of the underlying litigation in Abacus Global Management, Inc. v. Coventry First LLC et al., No. 25-CV-01401-RBD-RMN (M.D. Fla. 2025).

**SO ORDERED.**

Signed: January 16, 2026

David C. Keesler
United States Magistrate Judge