# U.S. District Court
# Western District of North Carolina (Charlotte)
# CIVIL DOCKET FOR CASE #: 3:25−mc−00169−MOC−DCK

Coventry First LLC et al v. Lapetus Solutions, Inc.
Assigned to: District Judge Max O. Cogburn, Jr
Referred to: US Magistrate Judge David Keesler
Case in other court: Middle District of Florida, 6:25−cv−01401
Cause: Civil Miscellaneous Case

Date Filed: 12/18/2025

**Petitioner**

**Coventry First LLC**
*a limited liability company*

represented by

**Michael H. McGinley**
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
215−994−4000
Fax: 215−994−2222
Email: michael.mcginley@dechert.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Carlyle Evans**
Dechert LLP
300 South Tryon Street, Suite 800
Charlotte, NC 28202
704−339−3124
Email: eric.evans@dechert.com
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Alan Buerger**
*an individual*

represented by

**Michael H. McGinley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Carlyle Evans**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Lapetus Solutions, Inc.**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/18/2025 | 1 | |

| | | |
|---|---|---|
| | | MOTION to Compel *Documents Responsive to Subpoena to Third Party Lapetus Solutions, Inc.* ( Filing fee $ 52 receipt number ANCWDC−7261116), filed by Alan Buerger, an individual, Coventry First LLC, a limited liability company. Responses due by 1/2/2026 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Cover Sheet)(Evans, Eric) (Entered: 12/18/2025) |
| 12/19/2025 | Ï 2 | Consent MOTION to Transfer Motion to Compel *to Middle District of Florida* by Alan Buerger, an individual, Coventry First LLC, a limited liability company. Responses due by 1/2/2026 (Attachments: # 1 Proposed Order) (Evans, Eric) (Entered: 12/19/2025) |
| 12/19/2025 | Ï 3 | MEMORANDUM in Support re 2 Consent MOTION to Transfer Motion to Compel *to Middle District of Florida* by Alan Buerger, an individual, Coventry First LLC, a limited liability company. (Evans, Eric) (Entered: 12/19/2025) |
| 12/19/2025 | Ï | Case assigned to District Judge Max O. Cogburn, Jr and US Magistrate Judge David Keesler. Motions referred to David Keesler: 1 MOTION to Compel *Documents Responsive to Subpoena to Third Party Lapetus Solutions, Inc.* ( Filing fee $ 52 receipt number ANCWDC−7261116), 2 Consent MOTION to Transfer Motion to Compel *to Middle District of Florida This is your only notice − you will not receive a separate document.*(tlj) (Entered: 12/19/2025) |
| 12/19/2025 | Ï | **Standing Order Regarding Use of Artificial Intelligence (3:24−mc−104). Click on this link to retrieve the Standing Order** (tlj) (Entered: 12/19/2025) |
| 12/22/2025 | Ï 4 | MOTION for Leave to Appear Pro Hac Vice as to Michael H. McGinley Filing fee $ 300, receipt number ANCWDC−7264774. by Alan Buerger, Coventry First LLC. (Attachments: # 1 Exhibit A−Court Admissions, # 2 Exhibit B−Certificate of Good Standing) (Evans, Eric). Motions referred to David Keesler. (Entered: 12/22/2025) |
| 12/22/2025 | Ï 5 | **ORDER granting 4 Motion for Leave to Appear Pro Hac Vice added Michael H. McGinley for Alan Buerger and Coventry First LLC *(Pro Hac Vice Attorney served via NEF)*. Signed by US Magistrate Judge David Keesler on 12/22/25. (mga)** (Entered: 12/22/2025) |
| 12/22/2025 | Ï | Notice to Michael H. McGinley: Pursuant to Local Rule 83.1 you are required to **Register** for E−Filing Access or Link Existing Account **Link**. *(Attorney served via NEF)* Deadline by 12/29/2025. (mga) (Entered: 12/22/2025) |
| 01/16/2026 | Ï 6 | NOTICE *of Petitioners' Request for Clerk's Entry of Default Against Lapetus Solutions, Inc.* by Alan Buerger, Coventry First LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(McGinley, Michael) (Entered: 01/16/2026) |
| 01/20/2026 | Ï 7 | **ORDER granting 2 Motion to Transfer Motion to Compel Documents Responsive to Subpoena to Third−Party Lapetus Solutions, Inc., to Middle District of Florida, Orlando Division. Signed by US Magistrate Judge David Keesler on 1/16/26. (mga)** (Entered: 01/20/2026) |