**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Petitioners,

v.

LAPETUS SOLUTIONS, INC.

Respondent.

Case No.: 6:26-mc-00004-AGM-NWH

**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS**

COMES NOW, Alfred J. Bennington, Jr., Esq., of the law firm of Shutts & Bowen LLP, and respectfully gives notice of his appearance as counsel for Petitioners, COVENTRY FIRST LLC ("Coventry") and ALAN BUERGER ("Buerger"), and requests service of all filings, orders, notices and other documents and materials relating to this action; and designates the following electronic mail addresses for the purpose of service of all documents required to be served:

Primary Email: bbennington@shutts.com
Secondary Email: lschwallie@shutts.com; jflores@shutts.com

Dated: January 23, 2026

Respectfully submitted,

*/s/ Alfred J. Bennington, Jr.*
**ALFRED J. BENNINGTON, JR., ESQ.**

Florida Bar No. 0404985
**SHUTTS & BOWEN LLP**
300 S. Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 835-6755
Facsimile: (407) 849-7255
Email: bbennington@shutts.com
Secondary Email: lschwallie@shutts.com;
jflores@shutts.com

*Attorney for Petitioners*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of January, 2026, a true and correct copy of the foregoing has been electronically filed using the Court's E-Filing portal, which will serve a copy, via electronic mail, upon all counsel of record.

*/s/ Alfred J. Bennington, Jr.*
**ALFRED J. BENNINGTON, JR., ESQ.**