**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br><br>Petitioners,<br><br>v.<br><br>LAPETUS SOLUTIONS, INC.<br><br>Respondent. | Case No.: 6:26-mc-00004-AGM-NWH |

**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS**

COMES NOW, Glennys Ortega Rubin, Esq., of the law firm of Shutts & Bowen LLP, and respectfully gives notice of her appearance as counsel for Petitioners, COVENTRY FIRST LLC ("Coventry") and ALAN BUERGER ("Buerger"), and requests service of all filings, orders, notices and other documents and materials relating to this action; and designates the following electronic mail addresses for the purpose of service of all documents required to be served:

Primary Email: grubin@shutts.com
Secondary Email: dreyes@shutts.com

Dated: January 23, 2026

Respectfully submitted,

*/s/ Glennys Ortega Rubin*
**GLENNYS ORTEGA RUBIN, ESQ.**

Florida Bar No. 556361
**SHUTTS & BOWEN LLP**
300 S. Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
Email: grubin@shutts.com
Secondary Email:dreyes@shutts.com

*Attorney for Petitioners*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 23, 2026, the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF System, which will send a notification of filing via electronic mail to all counsel of record.

*/s/ Glennys Ortega Rubin*
**GLENNYS ORTEGA RUBIN, ESQ.**