**IN THE UNITED STATES DISTICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Petitioners,

v.

LAPETUS SOLUTIONS, INC.,

Respondent.

---

ABACUS GLOBAL MANAGEMENT, INC., a corporation,

Plaintiffs,

v.

COVENTRY FIRST LLC, a limited Liability company; ALAN BUERGER, an individual,

Defendants.

---

Case No: 6:26-mc-04-AGM-NWH

Related Case: 3:25-mc-00169 (W.D. N.C. 2025)

**NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES**

Please take notice that attorney PAUL MASCIA, ESQ. of the law firm NARDELLA & NARDELLA, PLLC, hereby gives notice of his appearance as counsel on behalf of Third-Party, LAPETUS SOLUTIONS, INC, and requests that copies of all pleadings, notices, orders, and other papers in this cause be henceforth provided to the undersigned as additional counsel.

Paul N. Mascia, Esq.
NARDELLA & NARDELLA PLLC
135 W. Central Blvd., Ste. 300
Orlando, Florida 32801
Phone: (407) 966-2680
E-mail: pmascia@nardellalaw.com
Secondary email: rsanchez@nardellalaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

Dated: January 26, 2026.

/s/ *Paul N. Mascia*
Paul N. Mascia, Esq.
Florida Bar No. 489670
NARDELLA & NARDELLA, PLLC
135 W. Central Blvd., Suite 300
Orlando, FL 32801
(407) 966-2680
Primary: pmascia@nardellalaw.com
Secondary: rsanchez@nardellalaw.com
*Attorney for Lapetus Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 26, 2026, a true and correct copy of the foregoing was filed and served to all parties via the CM-ECF system.