UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Petitioners,

v.

LAPETUS SOLUTIONS, INC.,

Respondent.

---

ABACUS GLOBAL MANAGEMENT, INC., a corporation,

Plaintiffs,

v.

COVENTRY FIRST LLC, a limited Liability company; ALAN BUERGER, an individual,

Defendants.

---

Case No: 6:26-mc-04-AGM-NWH

Related Case: 3:25-mc-00169 (W.D. N.C. 2025)

**NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES**

**RESPONDENT, LAPETUS SOLUTIONS, INC.'S RESPONSE IN OPPOSITION TO MOTION TO COMPEL DOCUMENTS RESPONIVE TO SUBPOENA TO THIRD PARTY LAPETUS SOLUTIONS, INC.**

Non-Party Lapetus Solutions, Inc. ("Lapetus") responds in opposition to the motion to compel filed by Coventry First, LLC and Alan Brueguer ("Petitioners"), and respectfully states:

Lapetus timely objected to Petitioners' Third-Party Subpoena and related Requests for Production (the "Requests") served in *Abacus v. Coventry Firs, LLC, et al.,* Case No. 25-cv-01401-RBD-RMN (M.D. Fla. 2025) (the "Litigation"), which Objections were supplemented by letter dated December 3, 2025. *See* Ex. A and B (the "Objections").

Petitioners seek proprietary documents and information of Lapetus that have no bearing on the truth or falsity of the statements upon which Abacus' bases its defamation and other claims in the Litigation. Petitioners go so far as to demand Lapetus' confidential life expectancy reports, proprietary methodologies and supporting data—none of which have any bearing on the Litigation.

Numerous of Petitioners' Requests are otherwise vague, overbroad and unduly burdensome as articulated in the Objections. Petitioners seek documents from Lapetus, a non-party to the Litigation, that are available from the parties themselves. Petitioners seek the very same confidential work product Lapetus prepared for others that Petitioners demand Lapetus not disclose as it relates to them.

Lapetus, who is wholly disinterested in the Litigation, has wound down its business and has conducted a reasonable search for non-objectionable documents. Petitioners want a more exhaustive search, but the cost to archive, extract, search, review and produce documents from Lapetus' shuttered data sources ranges from $114,000 - $574,000—resources which Lapetus lacks. *See* Ex. C., Declaration of Tracy Carrol. Lapetus requested that Petitioners bear the cost, as is appropriate under the Rules, but Petitioners refused.

This response is timely. Petitioners did not serve their motion via CM/ECF (either in the WDNC when filed or post transfer to this Court), mail it to Lapetus or otherwise comply with FRCP 5(b)(2). *See* Ex. C. A stray email to counsel, who did not consent to receiving service via email apart from CM/ECF, does not constitute service under the Federal Rules. *See Pinto v. Rambosk*, No. 2:19-cv-551-JLB-NPM, 2022 U.S. Dist. Lexis 187525, at *6 (M.D. Fla. Oct. 13, 2022).

The Litigation is in its infancy, with a motion to dismiss pending. Discovery motions in the Litigation between the Petitioners and Abacus are set for hearing this week on January 29, 2025, and will likely shed light on the scope of Abacus' claims and required production from Lapetus. Any required production by Lapetus must be subject to a confidentiality agreement (with true AEO protection) and an advance of the estimated cost by Petitioners. Lapetus respectfully suggests that this matter should be transferred to the Court conducting the Litigation to ensure a consistent outcome.

Respectfully Submitted,

*/s/ Paul N. Mascia*
Paul N. Mascia, Esq.
Florida Bar No: 0489670
**NARDELLA & NARDELLA, PLLC**
135 W. Central Blvd., Suite 300
Orlando, Florida 32801
Telephone: (407) 966-2680
Facsimile: (407) 966-2681
pmascia@nardlellalaw.com
rsanchez@nardellalaw.com

*Counsel for Lapetus Solutions, Inc.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on January 26, 2026, a copy of the foregoing was electronically filed via CM/ECF, which will complete service on all counsel of record identified below.

/s/ Paul N. Mascia
Paul N. Mascia

Alfred J. Bennington, Jr.
Shutts & Bowen LLP
300 S. Orange Ave., Suite 1600
Orlando, FL 32801
bbenington@shutts.com
lschwallie@shutts.com
jflores@shutts.com

Glennys Ortega Rubin
Shutts & Bowen LLP
300 S. Orange Ave., Suite 1600
Orlando, FL 32801
grubin@shutts.com
dreyes@shutts.com

Benjamin F. Elliott
Shutts & Bowen LLP
300 S. Orange Ave., Suite 1600
Orlando, FL 32801
belliott@shutts.com
dreyes@shutts.com