# EXHIBIT "C"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COVENTRY FIRST, LLC, a
Limited liability company; ALAN
BUERGER, an individual,

Petitioners, CASE NO.: 6:26-mc-00004-AGM-NWH

v.

LAPETUS SOLUTIONS, INC.,

Respondent.
_______________________________________________/

**DECLARATION OF TRACY CARROLL IN SUPPORT OF LAPETUS SOLUTIONS, INC.'S RESPONE IN OPPOSITION TO MOTION TO COMPEL DOCUMENTS RESPONSIVE TO SUBPOENA TO THIRD PARTY LAPETUS SOLUTIONS, INC.**

Pursuant to 28 U.S.C. § 1746, I, Tracy Carroll, declare under penalty of perjury under the laws of the United States of America, that the following is true and correct, to the best of my knowledge:

1. I am the Chief of Staff for Lapetus Solutions, Inc. ("Lapetus").

2. Lapetus has ceased its business operations. I am the sole employee of Lapetus and responsible for managing the winddown of its business.

3. I have received and reviewed the Third-Party Subpoena and related Requests for Production (the "Requests") of Coventry First, LLC and Alan Buerger (the "Petitioners") that are the subject of this matter. I authorized the preparation and service of objections and responses to the Requests by counsel for Lapetus.

4. I have received an estimate for the cost of extracting, hosting, organizing, searching and producing documents and communications responsive to the Requests from Consilio, a reputable eDiscovery vendor (the "Cost Estimate"). The Cost Estimate ranges from $114,000 to $574,000, depending on the scope of any agreed search terms. The Cost Estimate does not include the cost of counsel to review and redact confidential or other privileged information.

5. Lapetus has no revenue or receivables and does not have the financial resources to pay for the Cost Estimate and other costs of responding to the Petitioners' Requests.

6. Lapetus conducted a reasonable search for non-objectionable documents responsive to the Requests and produced those documents that were within its possession, custody or control. Lapetus offered to Petitioners to engage Consilio to conduct a further search of its data sources for non-objectionable documents, but Petitioners refused to pay for the related cost.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed this 26th day of January 2026, at Bar Harbor, Maine.

Tracy L. Carroll

Tracy Carroll