**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COVENTRY FIRST LLC and**
**ALAN BUERGER,**

**Plaintiffs,**

**v.** **Case No.: 6:26-4-AGM-NWH**

**LAPETUS SOLUTIONS, INC.,**

**Defendant.**

---

**ORDER**

This cause comes before the Court *sua sponte*. Pursuant to Local Rule 1.07(a)(2)(A), the undersigned hereby orders this case to be **TRANSFERRED** to U.S. Magistrate Judge Robert Norway, with his consent, for consideration with Case No. 6:25-cv-1401-RBD-RMN.

**DONE** and **ORDERED** in Orlando, Florida on February 3, 2026.

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record