**IN THE UNITED STATES DISTICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Petitioners,

v. Case No: 6:26-mc-4-AGM-RMN

LAPETUS SOLUTIONS, INC.,

Respondent.

---

**NOTICE OF FILING**

Third-Party, LAPETUS SOLUTIONS, INC, by and through its undersigned counsel, hereby gives notice of filing the Corrected Declaration Of Tracy Carroll In Support of Lapetus Solutions, Inc's Response In Opposition To Motion To Compel Documents Responsive To Subpoena To Third Party Lapetus Solutions, Inc. (DE 16-3).

Dated: February 6, 2026.

*/s/ Paul N. Mascia*
Paul N. Mascia, Esq.
Florida Bar No. 489670
NARDELLA & NARDELLA, PLLC
135 W. Central Blvd., Suite 300
Orlando, FL 32801
(407) 966-2680
Primary: pmascia@nardellalaw.com
Secondary: rsanchez@nardellalaw.com
*Attorney for Lapetus Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 6, 2026, a true and correct copy of the foregoing was filed and served to all parties via the CM-ECF system.