UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COVENTRY FIRST, LLC, a
Limited liability company; ALAN
BUERGER, an individual,

Petitioners, CASE NO.: 6:26-mc-00004-AGM-RMN

v.

LAPETUS SOLUTIONS, INC.,

Respondent.
_______________________________________/

**CORRECTED DECLARATION OF TRACY CARROLL IN SUPPORT OF LAPETUS SOLUTIONS, INC.'S RESPONE IN OPPOSITION TO MOTION TO COMPEL DOCUMENTS RESPONSIVE TO SUBPOENA TO THIRD PARTY LAPETUS SOLUTIONS, INC. (DE 16-3)**[1]

Pursuant to 28 U.S.C. § 1746, I, Tracy Carroll, declare under penalty of perjury under the laws of the United States of America, that the following is true and correct, to the best of my knowledge:

1. I am the Chief of Staff for Lapetus Solutions, Inc. ("Lapetus").

2. Lapetus has ceased its business operations. I am the sole employee of Lapetus and responsible for managing the winddown of its business.

3. I have received and reviewed the Third-Party Subpoena and related Requests for Production (the "Requests") of Coventry First, LLC and Alan Buerger

[1] Corrected to correct scrivener's error in original Declaration (DE 16-3), which in advertently omitted Paragraph 7.

(the "Petitioners") that are the subject of this matter. I authorized the preparation and service of objections and responses to the Requests by counsel for Lapetus.

4. I have received an estimate for the cost of extracting, hosting, organizing, searching and producing documents and communications responsive to the Requests from Consilio, a reputable eDiscovery vendor (the "Cost Estimate"). The Cost Estimate ranges from $114,000 to $574,000, depending on the scope of any agreed search terms. The Cost Estimate does not include the cost of counsel to review and redact confidential or other privileged information.

5. Lapetus has no revenue or receivables and does not have the financial resources to pay for the Cost Estimate and other costs of responding to the Petitioners' Requests.

6. Lapetus conducted a reasonable search for non-objectionable documents responsive to the Requests and produced those documents that were within its possession, custody or control. Lapetus offered to Petitioners to engage Consilio to conduct a further search of its data sources for non-objectionable documents, but Petitioners refused to pay for the related cost.

7. Lapetus is a Delaware corporation, with a principal business address in North Carolina and foreign qualifications in Florida and Texas. Lapetus has never received service of a copy of Petitioner's Motion to Compel via either U.S. mail or a process server at Lapetus' principal business address in North Carolina or any of its registered agent addresses for the states of North Carolina, Delaware, Florida or Texas.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed this 6th day of February, and effective also as of the 26th day of January 2026, at Bar Harbor, Maine.

Tracy L. Carroll

Tracy Carroll

# Ex. C - (Corrected) Carrol Declaration ISO RIO to Motion to Compel

Final Audit Report 2026-02-06

| | |
|---|---|
| Created: | 2026-02-06 |
| By: | Paul Mascia (pmascia@nardellalaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAKMH1PdIQJuKXZ3gCn1zR-G1NCWPDzotW |

## "Ex. C - (Corrected) Carrol Declaration ISO RIO to Motion to Compel" History

Document created by Paul Mascia (pmascia@nardellalaw.com)
2026-02-06 - 9:17:26 PM GMT

Document emailed to Tracy Carroll (tracy@lapetussolutions.com) for signature
2026-02-06 - 9:17:30 PM GMT

Email viewed by Tracy Carroll (tracy@lapetussolutions.com)
2026-02-06 - 9:42:01 PM GMT

Document e-signed by Tracy Carroll (tracy@lapetussolutions.com)
Signature Date: 2026-02-06 - 9:42:40 PM GMT - Time Source: server

Agreement completed.
2026-02-06 - 9:42:40 PM GMT