**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,
Petitioners,

v.

LAPETUS SOLUTIONS, INC.,
Respondent.

Case No. 6:26-mc-4-AGM-RMN

**MOTION TO WITHDRAW AS COUNSEL FOR PETITIONERS**

Pursuant to Local Rule 2.02(c), attorney Eric Evans hereby moves to withdraw as counsel for Petitioners Coventry First LLC ("Coventry") and Alan Buerger ("Mr. Buerger"). Eric Evans's practice is primarily in North Carolina, and Petitioners continue to be represented in this case through several counsel, including Alfred J. Bennington, Jr. and Michael H. McGinley. Given the continued representation of Petitioners in this matter, withdrawal as counsel should not cause any delay or prejudice to any party to this action. Future correspondence and documents should be served to remaining counsel on record for Petitioners.

*<u>/s/ Eric Evans</u>*
Eric Evans
DECHERT LLP
300 South Tryon Street, Suite 800
Charlotte, NC, 28202

*Counsel for Petitioners Coventry First LLC and Alan Buerger*

## RULE 2.02(c) CERTIFICATION

Counsel Eric Evans certifies that provided Petitioners notice before the filing of this Motion, and Petitioners consent to Eric Evans's withdrawal from this matter.

*/s/ Eric Evans*

## RULE 3.01(g) CERTIFICATION

Counsel for Petitioners conferred with counsel for Respondent who does not oppose the relief sought herein.

*/s/ Eric Evans*