**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COVENTRY FIRST LLC, A LIMITED LIABILITY COMPANY; AND ALAN BUERGER, AN INDIVIDUAL;**

**Plaintiffs,**

**v.** **Case No.: 6:26-mc-00004-AGM-RMN**

**LAPETUS SOLUTIONS, INC.,**

**Defendant.**

---

**ORDER**

THIS CAUSE comes before the Court *sua sponte*. Pursuant to Local Rule 1.07(a)(2)(A), this case is TRANSFERRED to United States District Judge Roy B. Dalton, Jr., with his consent, for consideration with Case No. 6:25-cv-1401-RBD-RMN. *See United States v. Stone*, 411 F.2d 597, 599 (5th Cir. 1969) ("District [j]udges have the inherent power to transfer cases from one to another for the expeditious administration of justice.").

**DONE** and **ORDERED** in Chambers in Orlando, Florida, this February 17, 2026.

**ANNE-LEIGH GAYLORD MOE**
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of Record