**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Petitioners,

v.

LAPETUS SOLUTIONS, INC.,

Respondent.

Case No. 6:26-mc-00004-RBD-RMN

**JOINT NOTICE OF ONGOING CONFERRAL**

**JOINT NOTICE OF ONGOING CONFERRAL**

Respondent, Lapetus Solutions, Inc., ("Lapetus") and Petitioners, Coventry First LLC and Alan Buerger, (collectively "Petitioners" and together with Lapetus referred to as the "Parties"), hereby file this Joint Notice of their ongoing conferral regarding Petitioners' Motion to Compel Documents Responsive to the Subpoena to Lapetus Solutions, Inc. (the "Motion"). Dkt. 1. A hearing on the Motion was initially scheduled for February 24, 2026. Dkt. 22. The Court then granted Lapetus's Motion to Continue the Hearing, Dkt. 29, and requested the filing of this Joint Notice on March 6, 2026, Dkt. 30.

The Parties have reached an agreement with respect to certain issues raised in the Motion. Specifically, Lapetus agrees that it will produce all non-privileged documents that hit on the Parties' agreed-upon search terms and are responsive to any of the fifteen (15) requests in the Subpoena as written. *See* Dkt. 1-1 at 17-19. Before

the February 24, 2026 hearing was continued, Lapetus also agreed that it would commence production on or before March 6, 2026. On March 5, 2026, counsel for Lapetus confirmed that it would commence its production on March 6, 2026. As of the time of this filing, Petitioners have yet to receive Lapetus's initial agreed-upon production, which would inform whether other issues must be resolved. Today, counsel for Lapetus stated that its production would be transmitted this evening or tomorrow, March 7, 2026.

The Parties have not yet agreed to a date certain by which Lapetus will complete its entire production. The Parties continue to confer regarding (a) the time period for documents to be produced, (b) Respondents' commercially best efforts to hit certain intermediate production deadlines, (c) the date certain to complete any agreed-upon production, and (d) whether Petitioners will cover certain discovery costs for production.

The Parties believe that additional time might provide the opportunity to fully resolve the issues raised in the Motion without the Court's involvement. But because several issues have not been resolved, the Parties request that the Court reschedule the hearing at its earliest convenience on or after April 14, 2026. At that time, the Parties will have further clarity on whether any hearing is necessary.

Dated: March 6, 2026

Respectfully Submitted,

*/s/ Michael H. McGinley*
MICHAEL H. MCGINLEY
(*pro hac vice*)
DECHERT LLP
Cira Centre

*/s/ Paul N. Mascia*
PAUL N. MASCIA, ESQ.
Florida Bar No. 0489670
Email: pmascia@nardellalaw.com
Secondary Email:

2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
michael.mcginley@dechert.com

ALFRED J. BENNINGTON, JR., ESQ.
Florida Bar No. 0404985
GLENNYS ORTEGA RUBIN, ESQ.
Florida Bar No. 556361
BENJAMIN F. ELLIOTT, ESQ.
Florida Bar No. 1010706
SHUTTS & BOWEN LLP
300 South Orange Ave., Suite 1600
Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
bbennington@shutts.com
grubin@shutts.com
belliott@shutts.com

*Counsel for Petitioners Coventry First LLC and Alan Buerger*

rsanchez@nardellalaw.com
NARDELLA & NARDELLA PLLC
135 W. Central Blvd., Ste. 300
Orlando, Florida 32801
Telephone: (407) 966-2680

*Counsel for Respondent Lapetus Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on March 6, 2026, a copy of the foregoing was electronically filed via CM/ECF, which will complete service on all counsel of record identified below.

/s/ *Michael H. McGinley*
Michael H. McGinley