**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Petitioners,

v.

LAPETUS SOLUTIONS, INC.,

Respondent.

Case No. 6:26-mc-00004-RBD-RMN

**JOINT NOTICE OF ONGOING CONFERRAL**

**JOINT NOTICE OF ONGOING CONFERRAL**

Respondent, Lapetus Solutions, Inc., ("Lapetus") and Petitioners, Coventry First LLC and Alan Buerger, (collectively "Petitioners" and together with Lapetus referred to as the "Parties"), hereby file this Joint Notice of their ongoing conferral regarding Petitioners' Motion to Compel Documents Responsive to the Subpoena to Lapetus Solutions, Inc. (the "Motion"). Dkt. 1.

A hearing on the Motion was initially scheduled for February 24, 2026. Dkt. 22. After the Motion was continued, Dkt. 30, the Parties filed a Joint Notice of Ongoing Conferral on March 6, 2026, Dkt. 32. This Court then requested the Parties file another Joint Notice by April 6, 2026. Dkt. 33.

The Parties have reached an agreement with respect to several issues raised in the Motion. As detailed in the March 6, 2026 Joint Notice, Dkt. 32, the Parties agreed that Lapetus will produce all non-privileged documents that hit on the Parties' agreed-

upon search terms and are responsive to any of the fifteen (15) requests in the Subpoena as written. *See* Dkt. 1-1 at 17-19.

Lapetus has substantially completed production, but the Parties have not yet fully resolved (a) whether to run the agreed-upon search terms over certain Lapetus individuals' emails, (b) the date certain of Lapetus's production of documents responsive to those searches, (c) whether Petitioners will cover the costs for those searches, and (d) the necessity and form of any potential privilege log.

The Parties believe that additional time will likely provide the opportunity to fully resolve the issues raised in the Motion without the Court's involvement. But because certain issues have not been fully resolved, the Parties request that the Court reschedule the hearing at its earliest convenience on or after May 11, 2026. At that time, the Parties will have further clarity on whether any hearing is necessary.

Dated: April 6, 2026

Respectfully Submitted,

/s/ Michael H. McGinley
MICHAEL H. MCGINLEY
(*pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
michael.mcginley@dechert.com

ALFRED J. BENNINGTON, JR., ESQ.
Florida Bar No. 0404985
GLENNYS ORTEGA RUBIN, ESQ.
Florida Bar No. 556361
BENJAMIN F. ELLIOTT, ESQ.

/s/ Paul N. Mascia
PAUL N. MASCIA, ESQ.
Florida Bar No. 0489670
Email: pmascia@nardellalaw.com
Secondary Email:
rsanchez@nardellalaw.com
NARDELLA & NARDELLA PLLC
135 W. Central Blvd., Ste. 300
Orlando, Florida 32801
Telephone: (407) 966-2680

*Counsel for Respondent Lapetus Solutions, Inc.*

Florida Bar No. 1010706
SHUTTS & BOWEN LLP
300 South Orange Ave., Suite 1600
Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
bbennington@shutts.com
grubin@shutts.com
belliott@shutts.com

*Counsel for Petitioners Coventry First LLC and Alan Buerger*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 6, 2026, a copy of the foregoing was electronically filed via CM/ECF, which will complete service on all counsel of record identified below.

/s/ *Michael H. McGinley*
Michael H. McGinley